IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZMS 1, LLC, D/B/A THE MEDICINE
SHOPPE, STYLES 101 BEAUTY, LLC,
DERRICKS CUT MASTER INC., N/K/A
DERRICK HARRIS CUTMASTERS, INC.,
DAYTONA CHICKEN, LLC, D/B/A
CHURCH'S CHICKEN, ET AL,
   Appellants,

 v.

           Case No.  5D21-1910
           LT Case No. 2016-30249-CICI

CITY OF DAYTONA BEACH, BUTTERFLY
COMMUNICATIONS, INC., D/B/A BOOST
MOBILE AND MICHAEL DAYE,
    Appellees.
_____/
Decision filed July 26, 2022

Appeal from the Circuit Court
for Volusia County,
Mary G. Jolley, Judge.

Cameron S. Frye and Bart R. Valdes, of
de Beaubien, Simmons, Knight, Mantzaris
& Neal, LLP, Tampa, for Appellants.

Brandon T. Byers, Assistant City Attorney,
and Gary M. Glassman, of The City of
Daytona Beach, Daytona Beach, for
Appellee, City of Daytona Beach.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS and SASSO, JJ., concur.